UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

MARSHA MILLER,

Plaintiff,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; and SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc,

Defendants.

Case No. 02 CV 456 (MJD/JGL)

**ORDER GRANTING APPROVAL OF STIPULATION OF VOLUNTARY DISMISSAL**

**PURSUANT TO FED. R. CIV. P. 23(e) and 41(a)(1)**

It is hereby STIPULATED AND AGREED, pursuant to Rules 23(e) and 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the parties have agreed to the dismissal without prejudice of the individual claims of Plaintiff, Marsha Miller, in the above-captioned matter.

MAR 16
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is being signed on behalf of all parties who have appeared in the action.

Dated: February 13, 2004

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Signature on File
Steven E. Fineman
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

SIDLEY AUSTIN BROWN & WOOD

By: /s/ Signature on File
James Mizgala

10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

*Attorneys for Defendants Bayer Corp. and Bayer A.G.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Franco
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

RODA & NAST
Michael G. Nast
Dianne Nast
801 Estelle Drive
Lancaster, PA 17601

*Attorneys for Plaintiff*

DECHERT LLP

By: /s/ Signature on File
Fred Magaziner

4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Fax: (215) 994-2222

*Attorneys for Defendants SmithKline Beecham d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

Approved and So Ordered:

Michael J. Davis

Judge, U.S.D.C., District of Minnesota

Case No. 02-456

MAR 16 2004

Dated: Minneapolis, Minn
~~February~~ March 16, 2004

300438.1